|1| John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
|2| 33 ½ Los Pinos
Nicasio, CA  94946
|3| Telephone: (415) 577-0698
 Facsimile:  1- 866-410-6248
|4|
|5| Attorneys for Plaintiff
Technology Licensing Company Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TECHNOLOGY LICENSING CO. INC., | CASE NO.  C 08-04804 PJH |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| HAIER AMERICA TRADING | JUDGE:   Hon. Phyllis J. Hamilton |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TECHNOLOGY LICENSING CO. INC., through the undersigned counsel, hereby dismisses the above-captioned action without prejudice, preserving onto Plaintiff any and all future causes of action against Defendant HAIER AMERICA TRADING, including patent infringement.

DATED: January 23, 2009

Respectfully submitted,

By _____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

1/27/09

